**Stanley Preston POLITE, Plaintiff—Appellant,**

v.

**Jonathan CHAPLIN, Lawyer SC Bar 8706, Defendant—Appellee.**

No. 11–7360.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

Stanley Preston Polite, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Polite seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) action pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006) for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Polite v. Chaplin,* No. 3:11–cv–02072–CMC (D.S.C. Sept. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*